# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Case No. 14-cv-02115-JLK

In re: JOHN M. MILSTEIN

    Debtor.

JOHN M. MILSTEIN,

    Appellant

v.

PLAZA DE MONACO CONDOMINIUM ASSOCIATION,

    Appellee.

## ORDER GRANTING MOTION TO DISMISS APPEAL AND DENYING EMERGENCY PETITION TO GRANT RELIEF

Kane, J.

    Before me are Appellee Plaza De Monaco Condominium Association's Motion to Dismiss Appeal, Doc. 11, and Appellant John M. Milstein's Emergency Petition to Grant Relief, Doc. 14.  For substantially the same reasons as set forth in Appellee's Motion and Reply brief, I GRANT the Motion to Dismiss, Doc. 11.  Moreover, for substantially the same reasons as set forth in Appellee's Response brief, I DENY the Motion for Emergency Relief, Doc. 14.

    It is ORDERED that this action is DISMISSED.  It is further ORDERED that Appelle Plaza De Monaco is awarded its reasonable attorney fees and costs incurred as a result of this appeal.

DATED:     November 5, 2014           BY THE COURT:

                                                        *s/John L. Kane*
                                                        John L. Kane, U. S. Senior District Judge